No. 95–1425. ABRAMS ET AL. v. JOHNSON ET AL.; and

No. 95–1460. UNITED STATES v. JOHNSON ET AL. D. C. S. D. Ga. [Probable jurisdiction noted, 517 U. S. 1207.] Motion of the Acting Solicitor General for divided argument granted.

No. 95–1181. DUNN ET AL. v. COMMODITY FUTURES TRADING COMMISSION ET AL. C. A. 2d Cir. [Certiorari granted, 517 U. S. 1219.] Motion of Foreign Exchange Committee et al. for leave to participate in oral argument as amici curiae and for divided argument denied.

No. 95–1448. NERNBERG v. LUDMER, 517 U. S. 1220. Motion of petitioner to vacate lower court order denied.

No. 95–1853. CLINTON v. JONES. C. A. 8th Cir. [Certiorari granted, 518 U. S. 1016.] Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 95–6510. GRAY v. NETHERLAND, WARDEN, 518 U. S. 152. Motion of respondent to retax costs denied.

No. 96–235. CALIFORNIA FRANCHISE TAX BOARD v. MACFAR-LANE. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 96–5534. HOFFMANN v. HOFFMANN. Ct. App. Md.;

No. 96–5555. VISWANATHAN v. SCOTLAND COUNTY BOARD OF EDUCATION ET AL. C. A. 4th Cir.;

No. 96–5818. SANDERS v. RAYTHEON ENGINEERS & CON-STRUCTORS, INC. C. A. 4th Cir.; and

No. 96–5882. PARARAS-CARAYANNIS v. UNITED STATES. C. A. 9th Cir. Motions of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until November 5, 1996, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 96–6003. IN RE CASTILLO. Petition for writ of habeas corpus denied.